UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. William H. Walls
                                                 Crim. No. 09-346 (WHW)
           v.                            :
                                                 CONTINUANCE ORDER
RICHARD GONZALEZ and         :
ROBINSON POLANCO,
    a/k/a "Jose Aponte Ruiz"   :

    This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendants Richard Gonzalez (Elliot Cohen, Esq., appearing) and Robinson Polanco (Robert Olejar, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to finalize a plea agreement, which would render trial of this matter unnecessary;

    2. Defendant has consented to the aforementioned continuance; and

    3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 9th day of June, 2009,

IT IS ORDERED that defense motions shall be filed by August 12, 2009, the government's reply shall by filed by August 26, 2009, the defense surreply, if any, shall be filed by September 2, 2009, the argument of the motions is scheduled for September 9, 2009, and the trial is scheduled for September 23, 2009; and

IT IS FURTHER ORDERED that the period from May 12, 2009, through August 12, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

                                         HON. WILLIAM H. WALLS
                                         United States District Judge

I hereby consent to the form
and entry of this Order

*[signature]*

ELLIOT COHEN, ESQ.
ATTORNEY FOR RICHARD GONZALEZ

*[signature]*

ROBERT OLEJAR, ESQ.
ATTORNEY FOR ROBINSON POLANCO

BRIAN L. URBANO, AUSA