UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| | | Crim. No. 09-346 (WHW) |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| RICHARD GONZALEZ and | : | |
| ROBINSON POLANCO, | | |
| a/k/a "Jose Aponte Ruiz" | : | |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendants Richard Gonzalez (Elliot Cohen, Esq., appearing) and Robinson Polanco (Robert Olejar, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to finalize a plea agreement, which would render trial of this matter unnecessary;

    2. Defendant has consented to the aforementioned continuance; and

    3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this \_\_1\_\_ day of September, 2009,

IT IS ORDERED that defense motions shall be filed by **Oct 20th**, 2009, the government's reply shall by filed by **Oct 27th**, 2009, the argument of the motions is scheduled for **Nov 10th**, 2009, and the trial is scheduled for **Dec 1st**, 2009; and

IT IS FURTHER ORDERED that the period from July 20, 2009, through October 20, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. WILLIAM H. WALLS
United States District Judge

I hereby consent to the form
and entry of this Order

ELLIOT COHEN, ESQ.
ATTORNEY FOR RICHARD GONZALEZ

ELLIOT COHEN, ESQ.
ATTORNEY FOR RICHARD GONAZALEZ

BRIAN L. URBANO, AUSA